THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: November 1, 2016



Susan V. Kelley
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:  
ERIC A BASTIAN  
SHELLEY D BASTIAN

CHAPTER 13

Case Number: 11-29195-SVK

COMPLETED

## ORDER APPROVING TRUSTEE'S FINAL ACCOUNT, DISCHARGING TRUSTEE, RELEASING BOND OF TRUSTEE AND CLOSING ESTATE

The Trustee reported that they received $68,651.51; that they have disbursed said funds to creditors, the attorney for the debtor, the debtor and the trustee; and that the case has been fully administered in accordance with the applicable provisions of Title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure.

The debtor (s) has complied with all the provisions of the Plan and all payments to be made thereunder having been completed;

**NOW, THEREFORE, IT IS ORDERED** that the trustee's fees and expenses are allowed retroactively; that the Final Account is approved; that the trustee is discharged; that the trustee's bond is released; and that this file be closed.

#####